IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TEVIN BAX,** : | |
| **Plaintiff** : | |
| : | No. 1:20-cv-222 |
| v. : | |
| : | (Judge Rambo) |
| **MATTHEW DWAYNE** : | |
| **CLARK,** *et al.*, : | |
| **Defendants** : | |

# ORDER

**AND NOW**, on this 7th day of December 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' partial motion to dismiss (Doc. No. 84) is **DENIED**;

2. Defendants are directed to file an answer to the second amended complaint (Doc. No. 77) within fourteen (14) days of the date of this Order;

3. The above-captioned case is **REFERRED** to the Court's Prisoner Litigation Settlement Program;

4. Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator;

5. All settlement discussions are confidential and may not be utilized by any party if settlement is not reached;

6. In order to reduce cost, time, expense, inconvenience, and to suitably address institutional security concerns, counsel and the mediator will coordinate with officials for the Department of Corrections to schedule video-conference mediation sessions with Plaintiff at mutually convenient times, and in a manner that comports with the needs and concerns of prison officials;

7. The parties shall complete mediation within sixty (60) days of the date of this Order; and

8. The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.

s/ Sylvia H. Rambo
United States District Judge
